THEODORE F. STRATTON, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

Under the provisions of the Revised Statutes (2 R. S. 682, § 8) declaring every person guilty of a felony " who shall by the offer of any valuable consideration attempt unlawfully and corruptly to procure any other to commit willful and corrupt perjury," it is not essential to the validity of an indictment for the offense that it should aver that the accused incited or solicited the other person to commit perjury. The statute declares in what the attempt prohibited shall consist, *i. e.*, the offer of a valuable consideration, and an averment of an offer of such a consideration for the purpose specified is sufficient.

(Argued April 30, 1880; decided June 1, 1880.)

THE indictment in this case charged in substance that the plaintiff in error did by the offer to one Witzfelder of a valuable consideration, to wit: one hundred dollars, attempt to procure said Witzfelder to commit willful and corrupt perjury in justifying as bail. The indictment was claimed to be defective in that it did not allege that the accused incited or solicited Witzfelder to commit perjury. *Held* as above.

The further material points were disposed of in opinion of the court below. (Reported, 20 Hun, 288.)

*B. E. Valentine* for plaintiff in error.

*Benj. K. Phelps*, for defendant in error.

FOLGER, Ch. J., reads for affirmance.
All concur; MILLER, J., concurring in result.
Judgment affirmed.